

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Appellate Case:     Nos. 01-11-00597-CR & 01-11-00598-CR
*Remi Chidi Nwaogu v. The State of Texas*
Trial Court Case:    Nos. 1285509 & 1285510 in the 176th District Court of Harris County,
Texas

In each appeal, appellant filed a motion to substitute counsel. *See* TEX. R. APP. P. 6.5. We abated the appeals and directed the trial court to determine:

(1)  whether appellant desires to pursue his appeal; and, if so,

(2)  whether counsel, Joseph Salhab, should be allowed to withdraw; and, if so,

(3)  whether appellant has retained new counsel to file a brief and, if so, the name, address, telephone number, and State Bar number of retained counsel, *see* TEX. R. APP. P. 38.8(b)(4), or

(4)  whether appellant is presently indigent, in which case the trial court should appoint appellate counsel at no expense to appellant, *see* TEX. CODE CRIM. PROC. ANN. art. 26.04.

A supplemental clerk's record has been filed in this Court in each appeal in which the trial court granted the motion to substitute counsel, found appellant not to be indigent, and determined that retained counsel, Augustin T. Pink, will represent appellant on appeal.

Because the trial court has complied with our abatement orders, appellant's motion to reinstate each appeal is **granted**, and the appeals are **reinstated**.

The clerk's record and the reporter's record have been filed in this Court. Appellant's brief in each appeal must be filed with the Clerk of this Court on or before **October 8, 2012**. The State's brief must be filed with the Clerk of this Court **30 days after appellant's brief is filed**.

It is so **ORDERED**.


Justice's signature: /s/ Justice Laura C. Higley
☑  Acting individually


Date: September 5, 2012

1